IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                    Case. No. 18-CR-2739-KG-1

EMANUEL FERMAN,

    Defendant.

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE WRITTEN OBJECTIONS TO COURT'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter is before the Court on Defendant's Unopposed Motion for Extension of Time to File Written Objections to Court's Proposed Findings and Recommended Disposition. *See* Doc.49. The Court finds that the Defendant has by his motion created a sufficient record to justify granting the motion to extend. *See United States v. Toombs*, 574 F.3d 1262, 1271 (10th Cir. 2009). The Court further finds, pursuant to 18 U.S.C. § 3161(h)(7)(A), that the ends of justice served by allowing this extension outweigh the best interest of the public and the Defendant in a speedy trial, by allowing Defendant to pursue a beneficial resolution of his case which would not entail the necessity for a grand jury presentment.

Now, therefore, IT IS HEREBY ORDERED that Defendant's Unopposed Motion for Extension of Time to File Written Objections to Court's Proposed Findings and Recommended Disposition be granted, and that pursuant to 18 U.S.C. § 3161(h)(7)(A), an additional delay of seven (7) days shall be excluded for purposes of the Speedy Trial Act.

IT IS FURTHER ORDERED that Defendant shall file his objections to the Court's Proposed

Findings and Recommended Disposition on or before **January 29, 2019**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE